UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Case No. 20-43741 |
| | Chapter 7 |
| Feroniki Katerini Kutsomarkos, | Hon. Mark A. Randon |
| Debtor. | |
| _____/ | |
| Kenneth Nathan, Trustee, | |
| Plaintiff, | |
| vs. | |
| Chris Markos and | |
| Rak Dixit a/k/a Rakesh Dixit | Adversary Proceeding |
| | Case No. 22-4030 |
| Defendants. | |
| _____/ | |

ORDER REOPENING ADVERSARY PROCEEDING

This Court having considered Defendant's Ex Parte Motion to Reopen Adversary Proceeding, and the Court finding that Defendant is entitled to the relief requested:

IT IS HEREBY ORDERED that Adversary Proceeding 22-4030 is reopened.

IT IS FURTHER ORDERED that the Court sets Defendant's Motion to Set Aside Default Judgment for hearing on **November 21, 2022 at 2:00 p.m.**.

IT IS FURTHER ORDERED that any responses to Defendant's Motion to Set Aside Default Judgment must be filed on or before **November 14, 2022**.

IT IS FURTHER ORDERED that any replies to Defendant's Motion to Set Aside Default Judgment must be filed on or before **November 17, 2022**.

*Note: Judge Randon is conducting all conferences and non-evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call 1-(888)363-4734 and use Access Code 2795304. Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate*

**Signed on November 2, 2022**

/s/ Mark A. Randon

Mark A. Randon
United States Bankruptcy Judge